Court of Appeal, Fifth Appellate District - No. F031391
S125516

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

DANA JAMES EWELL et al., Defendants and Appellants.

Petitions for review DENIED.

Baxter, J., was recused and did not participate.

SUPREME COURT
FILED

AUG 2 5 2004

Frederick K. Ohlrich Clerk

_____ DEPUTY

GEORGE
Chief Justice