# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 22, 2005

Mr. Dennis P. Riordan
523 Octavia Street
San Francisco, CA 94102

Re: Dana James Ewell
v. California
No. 04-7926

Dear Mr. Riordan:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk