IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA EWELL,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A.K. SCRIBNER,<br><br>　　　　Respondent. | **OLD** Case No:<br>1:06-cv-00186-OWW-**SMS**-HC<br><br>**ORDER RECUSING MAGISTRATE JUDGES SANDRA SNYDER, DENNIS BECK, AND LAWRENCE O'NEILL, AND DIRECTING CLERK TO RANDOMLY REASSIGN CASE**<br><br>**NEW** Case No:<br>1:06-cv-00186-OWW-**WMW**-HC |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, as well as to Magistrate Judges Dennis L. Beck and Lawrence J. O'Neill, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1.   That the undersigned recuses herself as the magistrate judge to whom this case is assigned, as do Magistrate Judges Dennis Beck and Lawrence O'Neill as reassignees.

2.   That this case is reassigned to the docket of Magistrate Judge William M. Wunderlich pursuant to the random reassignment by the Clerk's Office.

3.   That all future pleadings and/or correspondence must hereinafter be correctly be numbered as:

**1:06-cv-00186-OWW-WMW-HC**

1 | The parties are herein advised that future use of an incorrect case
2 | number, including the judge's initials, may result in a
3 | misdirection and/or mis-calendaring of documents by the appropriate
4 | judicial officer or staff.

IT IS SO ORDERED.

**Dated:   March 9, 2006**               **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE