1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11   DANA EWELL,                          )          1:06-CV-0186 AWI WMW (HC)
                                          )
12         Petitioner,                    )
                                          )          ORDER GRANTING EXTENSION OF
13         v.                             )          TIME TO FILE ANSWER TO PETITION
                                          )          FOR WRIT OF HABEAS CORPUS
14                                        )
     A. K. SCRIBNER,                      )          (DOCUMENT #16)
15                                        )
           Respondents.                   )
16   ─────────────────────────────────────)

17         Petition is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

18   On May 16, 2007, respondent filed a motion to extend time to file an extension of time to file answer

19   to petition for writ of habeas corpus.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21         Respondent is granted thirty (30) days from the date of service of this order in which to file

22   answer to petition for writ of habeas corpus.

23

24   IT IS SO ORDERED.

25   **Dated:    June 18, 2007**                    _____/s/  **William M. Wunderlich**_____
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28