IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA EWELL, | 1:06-cv-00186 AWI WMW (HC) |
|     Petitioner, | |
| vs. | SECOND ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| A.K. SCRIBNER, | (DOCUMENT #19) |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 17, 2007, respondent filed a motion to extend time to file an answer to the Petition for Writ of Habeas Corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   August 21, 2007**          /s/  William M. Wunderlich
                                                          UNITED STATES MAGISTRATE JUDGE