1 | Dennis P. Riordan (SBN 69320)
Donald M. Horgan (SBN 121547)
2 | Riordan & Horgan
523 Octavia Street
3 | San Francisco, CA  94102
Telephone: (415) 431-3472
4

5 | Gary K. Dubcoff (SBN 168089)
2370 Market Street, #461
San Francisco, CA  94114
6 | Telephone: (415) 934-8800

7 | Counsel for Petitioner
DANA JAMES EWELL
8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | DANA EWELL,                                    ) No. 1:06-cv-00186 AWI WMW (HC)
                                                       )
13 |            Petitioner,                         ) **ORDER GRANTING MOTION FOR**
                                                       ) **EXTENSION OF TIME TO FILE**
14 |     vs.                                          ) **TRAVERSE**
                                                       )
15 | A.K. SCRIBNER,                             ) **New Deadline:  January 14, 2008**
                                                       )
16 |            Respondent.                      ) (Motion #28)
                                                       )
17

18 |       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Petitioner's

19 | request for an extension of time to file his traverse and supporting memorandum by

20 | January 14, 2008, is granted.

21

22 | IT IS SO ORDERED.

23 | **Dated:    December 18, 2007**                    /s/  **William M. Wunderlich**
                                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1