# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANA EWELL,

                Petitioner,

    v.

A. K. SCRIBNER,

                Respondent.

_____/

1: 06 CV 00186 OWW WMW HC

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE NUNC PRO TUNC

[Doc. 31]

     Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On January 11, 2008, Petitioner filed a motion for an extension of time to file his traverse.  Good cause appearing, Petitioner's motion is HEREBY GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   March 26, 2008**         **/s/  William M. Wunderlich**
                          UNITED STATES MAGISTRATE JUDGE