UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANA EWELL,

        Petitioner - Appellant,

 v.

A. K. SCRIBNER,

        Respondent - Appellee.

No. 11-15388

D.C. No. 1:06-cv-00186-AWI-MJS
U.S. District Court for Eastern California, Fresno

**MANDATE**

The judgment of this Court, entered August 01, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:
                                Molly C. Dwyer
                                Clerk of Court

                                Lee-Ann Collins
                                Deputy Clerk